UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| DERECK WEATHERSPOON [7] | ) | |

**O R D E R**

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 523).

The motion is GRANTED and the hearing is hereby scheduled for Monday, June 23, 2014, at 2:00 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE